UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PROJECT ON GOVERNMENT OVERSIGHT, INC., <br><br> *Plaintiff,* <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY, <br><br> *Defendant.* | Civ. A. No. 22-2424 (ABJ) |

**JOINT STATUS REPORT**

Pursuant to the Court's April 3, 2023, Order, Plaintiff, the Project on Government Oversight, Inc., and Defendant, U.S. Department of Homeland Security ("DHS") Office of the Inspector General ("OIG"), by and through undersigned counsel, respectfully submit the following joint status report regarding the above-captioned Freedom of Information Act ("FOIA") matter.

Pursuant to the Court's April 3, 2023, Order, on April 17, 2023, the DHS Office of the Inspector General ("OIG") provided its first interim production to Plaintiff's FOIA request as re-scoped on March 23, 2023. DHS OIG processed 512 pages of potentially responsive information and 91 pages of potentially responsive Excel spreadsheets, for a total of 603 pages, and released 52 pages in full, 303 pages in part, withheld 157 pages in full, and released eight rows of data on the Excel spreadsheets. The remainder of the Excel spreadsheets were withheld as non-responsive. DHS OIG withheld records or portions of records pursuant to FOIA exemptions (b)(3), (b)(5), (b)(6), (b)(7)(C), and (b)(7)(E). Additionally, the parties are discussing dates on which to meet regarding the request and how it could be narrowed.

The Parties respectfully request that they make a further report to the Court on or before May 24, 2023.

1

Dated:  April 24, 2023

/s/ Anne L. Weismann
Anne L. Weismann
(D.C. Bar No. 298190)
5335 Wisconsin Avenue, N.W.
Suite 640
Washington, D.C. 20015
(301) 717-6610
weismann.anne@gmail.com

*Attorney for Plaintiff*


MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: */s/ Dedra S. Curteman*
DEDRA S. CURTEMAN, IL Bar #6279766
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
Telephone: (202) 252-2550

*Counsel for Defendant*