UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PROJECT ON GOVERNMENT OVERSIGHT, INC.,<br><br>       Plaintiff,<br><br>    v.<br><br>DEPARTMENT OF HOMELAND SECURITY,<br><br>       Defendant. | Civil Action No. 22-2424 (ABJ) |

## DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME

By and through undersigned counsel, Defendant respectfully moves to extend the deadline to respond to Plaintiff's Motion for Leave to Conduct Discovery, ECF No. 19, by one week, through July 3, 2023. The undersigned has conferred with Plaintiff's counsel. Plaintiff opposes the relief requested herein and as a partial basis for her opposition, states that she is scheduled to be on vacation from July 5-19, 2023. The grounds for this motion are as follows.

Plaintiff filed this Freedom of Information Act ("FOIA") matter on August 15, 2022. *See* ECF No. 1. Though Defendant has made its first through third interim productions, *see* ECF No. 16, on June 12, 2023, Plaintiff filed a motion for discovery. *See* ECF No. 19. Plaintiff has also filed a motion for increased processing, which is fully briefed and remains pending with the Court. *See* ECF Nos. 15, 17, 18. Pursuant to Local Civil Rule 7(b), Defendant's opposition to Plaintiff's motion for discovery is due on or before June 26, 2023. *See id.*

There is good cause for the requested extension. While the undersigned Assistant United States Attorney has started work on the opposition and has been actively working with the Department of Homeland Security, the undersigned needs additional time to work with Agency

counsel to determine defenses and finalize an opposition to Plaintiff's motion, which makes various allegations regarding alleged conduct of various Department of Homeland Security officials. In order to provide a fulsome brief to the Court that ultimately assists the Court in its resolution of Plaintiff's request for an extraordinary remedy in FOIA litigation, additional time is needed for the undersigned counsel to work with Agency counsel and various stakeholders at the Department of Homeland Security.

This motion is filed in good faith and not for purposes of gaining any unfair advantage through delay. This is Defendant's first request for an extension. While there is an existing deadline in this matter, including Plaintiff's reply in support of its motion, which is due July 3, 2023, and the undersigned counsel understands that Plaintiff's counsel is scheduled to be on a vacation from July 5-19, 2023, Defendant will consent to any motion for a reasonable enlargement of time to accommodate Plaintiff counsel's schedule to file a reply. Further, it is not anticipated that granting this motion will unduly prejudice Plaintiff, nor will the brief one-week extension sought adversely affect this Court's orderly administration of this matter

For these reasons, Defendant respectfully requests that the Court extend the deadline for Defendant to file a memorandum in opposition to Plaintiff's motion for discovery by one week, to July 3, 2023.

A proposed order is attached.

\*     \*     \*

- 3 -

Dated: June 22, 2023
      Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division


By:       /s/ Dedra S. Curteman
    DEDRA S. CURTEMAN
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    (202) 252-2550

*Attorneys for the United States of America*